MARIAN A. TAPPE et al., Respondents, v. ARGO SCHILDKNECHT LUMBER CORP. et al., Appellants.— The record presents issues of fact as to defendants' negligence, which should be resolved upon a trial (cf. *George Foltis, Inc.*, v. *City of New York*, 287 N. Y. 108, 122; *Salomone* v. *Yellow Taxi Corp.*, 242 N. Y. 251, 259; *Nixon* v. *New York Cent. R. R. Co.*, 10 A D 2d 870). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.